# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

DEBRA ANN SPURLOCK,

    Plaintiff,

vs.                                    CASE NO. 5:09cv311/RS-WCS

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 25). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The decision of the Commissioner to deny Plaintiff's application for social security benefits is affirmed as to the Commissioner's conclusions whether Plaintiff is disabled considering only Plaintiff's physical impairment.

3. The decision of the Commissioner is reversed as to Plaintiff's mental impairments, and the case is remanded so that the Commissioner may reconsider the evidence of Plaintiff's mental impairments and then consider those impairments in combination with her physical impairments.

4.  The clerk is directed to close the file.

**ORDERED** on July 19, 2010.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**