IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DEBRA ANN SPURLOCK,**

    **Plaintiff,**

vs.                                        Case No. 5:09cv311-RS/WCS

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    **Defendant.**
_____/

## REPORT AND RECOMMENDATION

Pending is Plaintiff's Petition for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 representing attorney fees in the amount of $2,437.50. Doc. 28. Defendant has filed a response advising the court that they have no objection to the amount requested by Plaintiff. Doc. 29.

In light of the above, it is **RECOMMENDED** that Plaintiff's Petition for attorney's fees, doc. 28, be **GRANTED** and the court order that the Secretary certify and pay to Plaintiff $2,437.50 as a reasonable attorney fee.

**IN CHAMBERS** at Tallahassee, Florida, on October 5, 2010.

                                              s/     William C. Sherrill, Jr.
                                              **WILLIAM C. SHERRILL, JR.**
                                              **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**