IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DEBRA ANN SPURLOCK,

    Plaintiff,

vs.                                     CASE NO. 5:09cv311/RS-WCS

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 30). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The relief requested by Plaintiff's Petition For Attorney's Fees (Doc. 28) is **granted**. The Secretary is order to pay Plaintiff $2,437.50 as a reasonable attorney fee.

3. The clerk is directed to close the file.

**ORDERED** on October 14, 2010.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**